IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE M. CARSTARPHEN, SR., : |
| on behalf of | |
| ANDRE M. CARSTARPHEN, JR., : |
| | |
| Plaintiff, : |
| | |
| vs. : CIVIL ACTION 05-0359-WS-M |
| | |
| JO ANNE B. BARNHART, : |
| Commissioner of | |
| Social Security, : |
| | |
| Defendant. : |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **AFFIRMED** and that this action be **DISMISSED**.

**DONE** and **ORDERED** this 10th day of February, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE