# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANDRE M. CARSTARPHEN, SR.,** : | |
| on behalf of | |
| **ANDRE M. CARSTARPHEN, JR.,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 05-0359-WS-M** |
| **JO ANNE B. BARNHART,** : | |
| Commissioner of | |
| Social Security, : | |
| Defendant. : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Andre M. Carstarphen, Sr. On behalf of Andre M. Carstarphen, Jr.

**DONE** and **ORDERED** this 10th day of February, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE